DENNIS K. BURKE
United States Attorney
District of Arizona
ERIC MARKOVICH
Assistant United States Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Attorneys for Plaintiff

FILED
2010 OCT 27 P 6: 46
RICHARD H. WEARE, CLERK
U.S. DIST. COURT FOR THE
DISTRICT OF ARIZONA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR10-2986 TUC

| | |
|---|---|
| United States of America, | **INDICTMENT** |
| Plaintiff, | Violation: 18 U.S.C. § 641 |
| v. | |
| David Hanna, | (Theft of Public Money, Property and Records of the United States) |
| Defendant. | |

**THE GRAND JURY CHARGES THAT:**

From in or about April 2008, through on or about September 1, 2010, at or near Benson, Arizona, in the District of Arizona, the defendant, **David Hanna**, did knowingly and unlawfully steal, purloin, and convert to his own use, money belonging to the United States of America, to wit, over $28,000.00 in Department of Veterans Affairs payments intended for his deceased uncle, in violation of Title 18, United States Code, Section 641.

A TRUE BILL

[REDACTED]

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/_____

Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

OCT 2 7 2010